David Hirsch (hirschd@sec.gov)
Jorge Tenreiro (tenreiroj@sec.gov)
James Connor (connorja@sec.gov)
Eugene Hansen (Trial Counsel) (DC Bar No. 483638)
(hansene@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-6091 (Hansen)
Facsimile: (202) 772-9282 (Hansen)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> PAYWARD VENTURES, INC. (D/B/A KRAKEN); <br><br> and <br><br> PAYWARD TRADING, LTD. (D/B/A KRAKEN), <br><br> Defendants. | Case No. 23-cv-588 <br><br> **MOTION FOR ENTRY OF FINAL JUDGMENT BY CONSENT** |

Pursuant to Civil Local Rule 7-11, Plaintiff Securities and Exchange Commission ("Commission") hereby respectfully moves for entry of Final Judgment against Defendants Payward Ventures, Inc. d/b/a Kraken and Payward Trading, Ltd. d/b/a Kraken (collectively "Defendants"). The proposed Final Judgment is attached hereto as Exhibit C. Defendants have consented to entry of the proposed Final Judgment in the Consents attached hereto as Exhibits A and B.

The proposed Final Judgment, if entered by the Court, will finally resolve this litigation. The Court would retain jurisdiction to enforce the terms of the proposed Final Judgment.

In addition, by their Consents, Defendants waive service of the Summons and Complaint in this action; enter a general appearance; and admit the Court's jurisdiction over Defendants the subject matter of this action.

Accordingly, the Commission respectfully requests that the Court enter the attached proposed and consented-to Final Judgment.

Respectfully submitted,

Dated:   February 9, 2023      By:   */s/ Eugene N. Hansen*
David Hirsch
Jorge Tenreiro
James Connor
Eugene Hansen
SECURITIES AND EXCHANGE COMMISSION
100 F Street NE
Washington, DC 20549
(202) 551-6091 (Hansen)
Email: hansene@sec.gov

*Attorneys for Plaintiff*

<u>Of counsel</u>:

Paul Kim
Laura D'Allaird
Elizabeth Goody

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served the foregoing Motion for Entry of Final Judgment by Consent and attachments by email on February 9, 2023 to the following counsel for Defendants:

Brian Klein
Waymaker LLP
515 Flower St. #3500
Los Angeles, CA  90071
bklein@waymaker.com

William McLucas
WilmerHale
2100 Pennsylvania Ave. NW
Washington, DC 20037
william.mclucas@wilmerhale.com

*/s/ Eugene N. Hansen*
Eugene N. Hansen